# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 28, 2022

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 21-30451   Okeke v. Admin of Tulane Educ Fund
                  USDC No. 2:20-CV-450

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Whitney M. Jett, Deputy Clerk
                504-310-7772

cc:
    Mr. Douglas L. Grundmeyer
    Ms. Rosalie Haug
    Ms. Julie Durel Livaudais
    Ms. Jessica M. Vasquez